■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY WINEFIELD, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion for leave to prosecute appeal as a poor person, and for other relief, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARNEST BEAL, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent — Motion for leave to prosecute appeal as a poor person, and for other relief, denied.

33 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LONNIE BUCHANAN, Appellant.— Motion granted to prosecute appeal on original papers and typewritten briefs, and Kenneth D. Johnson, Esq., assigned as counsel to conduct appeal. If the District Attorney wishes to question the timeliness of the service of the notice of appeal, he may do so upon argument of the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant.— Motion granted to prosecute appeal on original record, typewritten briefs, and time for argument of appeal enlarged to include November 1961 Term, on condition appellant's briefs are filed and served on or before November 1, 1961; application to withdraw record from County Clerk's office denied upon the ground that the application should be made at Special Term, and Special Term may exercise its discretion in the light of the fact that defendant is not represented by counsel, and suitable safeguards should be imposed in the public interest in connection with any order to withdraw the minutes.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT L. KUROWSKI, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal in article 78 proceeding as a poor person, and for other relief, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD B. BROWN.— Application for leave to file and serve notice of appeal from 1952 judgment of conviction denied upon the ground that a direct application in this court is not the appropriate procedure. (See *People* v. *Hairston*, 10 N Y 2d 92.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LUCHEY, Appellant.— Motion granted to prosecute appeal on original papers, typed briefs, and Alan H. Levine, Esq., of Buffalo, assigned as counsel to conduct appeal. Memorandum: We treat the application below as an application for a writ of error *coram nobis*.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HANNS W. STEUERWALD, Appellant.— Motion granted to prosecute appeal on original record, typewritten briefs, and Charles F. Crimi, Esq., assigned as counsel to conduct appeal. The sufficiency of the notice of appeal may be raised upon the argument.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GORDON STEWART, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion granted to prosecute appeal on original papers, typewritten briefs, and Joseph Mansour, Esq., of Niagara Falls, assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant.— Motion granted to remove case from September 1961 Calendar, and time for argument of appeal enlarged to include October 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HORACE C. CHEEKS, JOSEPH A. LINDSEY and ALBERT E. KELLEY, Appellants.— Order of May 18, 1951 amended to allow Albert E. Kelley to prosecute appeal in same manner as granted to other defendants.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. NEAL BOYE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. VERNON LINDSEY. (C) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM R. HOLLEY, JR. (D) THE PEOPLE OF